UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MASTON G. LYONS, III, and<br>LINDA C. LYONS<br><br>    Plaintiffs,<br><br>v.<br><br>SHARON LEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil No. 3:15-cv-0276<br>)   Judge Sharp<br>)<br>)<br>)<br>) |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 22), recommending that Defendant's Motion to Dismiss (Docket No. 9) be granted. Plaintiffs Maston G. Lyons and Linda C. Lyons have filed objections to the Magistrate Judge's R & R.

The R & R found that "this Court is clearly precluded by the Rooker-Feldman doctrine" from reviewing any challenge to state-court judgments or "to the sufficiency of due process afforded [to Plaintiffs] in those state court proceedings." (Docket No. 22, p. 5.) Because state-court judgments provide "[t]he source of the Plaintiffs' injuries," the Magistrate concluded that "this Court is barred from hearing attacks that are based upon alleged errors made in those proceedings." (Id. at p. 6.) The Magistrate also found that—accepting Plaintiffs' assertion that their claims are not related to the state-court judgments, but instead to "a general lack of 'fairness' and justice in the Tennessee state courts"—Plaintiffs' claims would fail to present an actual case or controversy for the Court. (Id.)

The Court has reviewed the record and all applicable law in accordance with Rule 72(b) of the Federal Rules of Civil Procedure. Having done so, the Court will accept the R & R.

1

Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 22) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion to Dismiss (Docket No. 9) is GRANTED.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE